

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

---

No. 06-14-00171-CR

---

IN RE:   CLYDE URA CAIN, SR.

---

Original Mandamus Proceeding

---

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Carter

# M E M O R A N D U M   O P I N I O N

Clyde Ura Cain, Sr., has filed a petition for writ of mandamus asking this Court to order the clerk of the Sixth District Court of Appeals, Debbie Autrey, to provide him with a free copy of the record of his 1991 trial and to order the Texas Department of Criminal Justice to provide him a CD player to assist in his review.

A court of appeals has mandamus jurisdiction as provided by the Legislature, and the jurisdiction granted by the Legislature does not extend to the clerk of the court. This Court has jurisdiction to issue a writ of mandamus against "a judge of a district or county court in the court of appeals district." TEX. GOV'T CODE ANN. § 22.221(b) (West 2004). We, therefore, have no mandamus jurisdiction in this case.

The petition for writ of mandamus is denied.

Jack Carter
Justice


Date Submitted:      September 23, 2014
Date Decided:        September 24, 2014

Do Not Publish

2